✎JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** I _____   **Investigating Agency** DEA _____

**City** Lowell/Fitchburg/Leominster   **Related Case Information:**

**County** MIDDLESEX/WORCESTER   Superseding Ind./ Inf. X _____   Case No. 04-10336-NMG
                                  Same Defendant _____ New Defendant _____
                                  Magistrate Judge Case Number 2004-M-00500-RBC
                                  Search Warrant Case Number 2004-M-00502-RBC
                                  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  JULIO CARRION SANTIAGO _____   Juvenile  ☐ Yes  ☒ No

Alias Name  MACHO _____

Address  264 MECHANIC ST., 2ND FL., LEOMINSTER, MA _____

Birth date (Year only): 1959  SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:**  John Cicilline, Esq. _____   **Address:** 387 Atwells Avenue
                                                                Providence, RI 02909

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  DENISE JEFFERSON CASPER _____   Bar Number if applicable 568116

**Interpreter:**  ☐ Yes ☒ No   List language and/or dialect: _____

**Matter to be SEALED:**  ☐ Yes  ☒ No

   ☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

**Location Status:**

**Arrest Date:**   October 15, 2004 _____

☒ Already in Federal Custody as  October 15, 2004 _____ in  Plymouth House of Correction .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  3

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

**Date:**  APRIL 13, 2005   **Signature of AUSA:** _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    JULIO CARRION SANTIAGO _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2   18 USC § 924(c) | Possession of firearms in furtherance of a drug | 7 |
| Set 3   26 USC 5861(d) | Possession of unlicenced firearms | 8 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

## Criminal Case Cover Sheet

### U.S. District Court - District of Massachusetts

Place of Offense: _____    Category No. __I__    Investigating Agency __DEA__

City __Lowell/Fitchburg/Leominster__    Related Case Information:

County __MIDDLESEX/WORCESTER__

| | |
|---|---|
| Superseding Ind./ Inf. __X__ | Case No. __04-10336-NMG__ |
| Same Defendant | New Defendant |
| Magistrate Judge Case Number | __2004-M-00500-RBC__ |
| Search Warrant Case Number | __2004-M-00505-RBC__ |
| R 20/R 40 from District of | |

**Defendant Information:**

Defendant Name __PEDRO ALBERTO MIRANDA__    Juvenile   ☐ Yes   ☒ No

Alias Name __TAVO, Carlos Colon__

Address __212 WILDER ST., LOWELL, MA__

Birth date (Year only): __1969__  SSN (last 4 #): _____  Sex ___  Race: _____  Nationality: _____

Defense Counsel if known: __John Palmer, Esq.__    Address: __24 School Street__
__Boston, MA 02108__

Bar Number: _____

**U.S. Attorney Information:**

AUSA __DENISE JEFFERSON CASPER__    Bar Number if applicable __568116__

Interpreter: ☒ Yes ☐ No    List language and/or dialect: __SPANISH__

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date: __October 15, 2004__

☒ Already in Federal Custody as __October 15, 2004__ in __Plymouth House of Correction__ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document: ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts: ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony __1__

### Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __APRIL 13, 2005__    Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** **(To be filled in by deputy clerk):** _____

**Name of Defendant**    PEDRO ALBERTO MIRANDA _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** _I_____  **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster__   **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_   Superseding Ind./ Inf.   _X_____   Case No.   _04-10336NMG___
                                   Same Defendant _____   New Defendant _____
                                   Magistrate Judge Case Number    _2004-M-00500-RBC_____
                                   Search Warrant Case Number    _2004-M-00501-RBC_____
                                   R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name  _REYNALDO RIVERA_____   Juvenile   ☐ Yes   ☒ No

Alias Name   _REY_____

Address   _235 18TH ST., APT 204 DRACUT, MA_____

Birth date (Year only):  _1978_  SSN (last 4 #): _____  Sex ___ Race: _____  Nationality: _____

**Defense Counsel if known:**   **Carl Donaldson, Esq.**_____   **Address:** _11 Beacon Street, Suite 600_
                                                                        _Boston, MA 02108_____
**Bar Number:**         _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____   Bar Number if applicable  _568116____

**Interpreter:**   ☒ Yes ☐ No       **List language and/or dialect:**       **SPANISH**_____

**Matter to be SEALED:**      ☐ Yes  ☒ No

        ☐ **Warrant Requested**        ☒ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:**     **October 15, 2004**_____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:**  **Ordered by** _Judge Collings_  **on** **November 12, 2004**_____

**Charging Document:**      ☐ **Complaint**      ☐ **Information**      ☒ **Indictment**

**Total # of Counts:**      ☐ **Petty** _____  ☐ **Misdemeanor** _____  ☒ **Felony**  **6**_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.**

**Date:  APRIL 13, 2005**           **Signature of AUSA:** _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   REYNALDO RIVERA _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | 21 USC § 841(a) (1) | Possession w/intent to distribute heroin | 2,3,4,5,6 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45  (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**       **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** I _____    **Investigating Agency** DEA _____

**City** Lowell/Fitchburg/Leominster    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf. X _____   Case No. 04-10336-NMG
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number 2004-M-00500-RBC _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name ENRIQUE AGOSTO _____    Juvenile ☐ Yes   ☒ No

Alias Name _____

Address 1 SHATTUCK ST APT 303, LOWELL, MA _____

Birth date (Year only): 1964   SSN (last 4 #): ____ Sex __ Race: _____ Nationality: _____

**Defense Counsel if known:** Cathy Byrne, Esq. _____   Address: 408 Atlantic Avenue, 3rd Floor
     Boston, MA 02108

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** DENISE JEFFERSON CASPER _____   Bar Number if applicable 568116 _____

**Interpreter:** ☐ Yes ☒ No    List language and/or dialect: _____

**Matter to be SEALED:** ☐ Yes ☒ No

   ☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:** October 15, 2004 _____

☒ Already in Federal Custody as October 15, 2004 _____ in Plymouth House Of Correction .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** APRIL 13, 2005    Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** _____

**Name of Defendant**    ENRIQUE AGOSTO _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | **CONSPIRACY TO DISTRIBUTE HEROIN** | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____ **Category No.** I _____  **Investigating Agency** DEA _____

**City** Lowell/Fitchburg/Leominster    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf.  X _____  Case No.  04-10336NMG
                                 Same Defendant _____ New Defendant _____
                                 Magistrate Judge Case Number  2004-M-00500-RBC
                                 Search Warrant Case Number _____
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  JOSE TORRADO _____    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address   241 MOODY STREET, LOWELL, MA _____

Birth date (Year only):  1980  SSN (last 4 #): _____ Sex ___ Race: _____  Nationality: _____

**Defense Counsel if known:**    Lenore M. Glaser, Esq. ____    **Address:** 25 Kingston Street
                                                              Boston, MA 02111
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** DENISE JEFFERSON CASPER ____    **Bar Number if applicable** 568116

**Interpreter:**    ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:**    ☐ Yes  ☒ No

   ☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:**    October 15, 2004 _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by Judge Collings    on November 12, 2004

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:** APRIL 13, 2005    **Signature of AUSA:** Denise Jefferson Casper

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** **JOSE TORRADO** _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1 __21 USC § 846__ | __Conspiracy to distribute heroin__ | __1__ |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                  **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** _1_____  **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster_    **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_  Superseding Ind./ Inf. __X_____  Case No. ___04-10336-NMG___
                                      Same Defendant _____ New Defendant _____
                                      Magistrate Judge Case Number ___2004-M-00500-RBC_____
                                      Search Warrant Case Number ___2004-M-00503-RBC_____
                                      R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __CARLOS SANCHEZ_____  Juvenile  ☐ Yes  ☒ No

Alias Name ___CARLITOS_____

Address ___270 FAIRMOUNT ST  APT 1F, FITCHBURG, MA_____

Birth date (Year only): _1982_ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** ___Tony Scola, Esq._____  **Address:** _47 Harvard Street_____
                                                                        _Worcester, MA 02609_____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __DENISE JEFFERSON CASPER_____  **Bar Number if applicable** _568116_____

**Interpreter:**  ☐ Yes ☒ No        **List language and/or dialect:** _____

**Matter to be SEALED:**  ☐ Yes  ☒ No

   ☐ **Warrant Requested**      ☒ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** ___October 15, 2004_____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:**  **Ordered by** _Judge Collings_____ **on** _November 3, 2004_____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony _1_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
   accurately set forth above.

**Date:  APRIL 13, 2005**        **Signature of AUSA:** _Denise Jefferson Casper_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  **(To be filled in by deputy clerk):** _____

**Name of Defendant**    CARLOS SANCHEZ _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                   **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** I _____   **Investigating Agency** DEA _____

**City** Lowell/.Fitchburg/Leominster   **Related Case Information:**

**County** MIDDLESEX/WORCESTER   Superseding Ind./ Inf.   X _____   Case No.   04-10336-NMG
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   2004-M-00500-RBC
Search Warrant Case Number   _____
R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   LUIS R. SANCHEZ _____   Juvenile   ☐ Yes   ☒ No

Alias Name   PITO _____

Address   427 ROSEWOOD LANE, LOWELL, MA _____

Birth date (Year only):   1974   SSN (last 4 #): _____   Sex ___   Race: _____   Nationality: _____

**Defense Counsel if known:**   Sean T. Delaney, Esq. _____   **Address:** 228 Central Street
**Bar Number:** _____                                              Lowell, MA 01852

**U.S. Attorney Information:**

**AUSA** DENISE JEFFERSON CASPER _____   **Bar Number if applicable** 568116

**Interpreter:**   ☒ Yes ☐ No   **List language and/or dialect:**   SPANISH

**Matter to be SEALED:**   ☐ Yes   ☒ No

☐ **Warrant Requested**   ☒ **Regular Process**   ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☒ **On Pretrial Release:**   **Ordered by** Judge Collings _____   **on**   October 21, 2004

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** APRIL 13, 2005   **Signature of AUSA:** _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    LUIS R. SANCHEZ _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____  Category No. _I_____  Investigating Agency __DEA_____

City __Lowell/Fitchburg/Leominster__    **Related Case Information:**

County __MIDDLESEX/WORCESTER__    Superseding Ind./ Inf. __X_____  Case No. ___04-10336-NMG___
                                  Same Defendant _____ New Defendant _____
                                  Magistrate Judge Case Number ___2004-M-00500-RBC_____
                                  Search Warrant Case Number ___2004-M-00504-RBC_____
                                  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __EDWIN TORREZ_____   Juvenile  [ ] Yes  [X] No

Alias Name _____

Address __219 BLACK BROOK RD., LOWELL, MA_____

Birth date (Year only): __1965__ SSN (last 4 #): _____ Sex _M_ Race: _____ Nationality: _____

**Defense Counsel if known:** __Victoria Bonilla-Argudo, Esq.__   Address: __77 Central Street, 2ⁿᵈ Floor__
**Bar Number:** _____                              __Boston, MA 02109__

**U.S. Attorney Information:**

AUSA __DENISE JEFFERSON CASPER_____   Bar Number if applicable __568116__

Interpreter:  [X] Yes [ ] No        List language and/or dialect:    __SPANISH__

Matter to be SEALED:  [ ] Yes  [X] No

        [ ] Warrant Requested    [X] Regular Process       [ ] In Custody

**Location Status:**

Arrest Date:    __October 15, 2004_____

[ ] Already in Federal Custody as _____  in _____.
[ ] Already in State Custody _____  [ ] Serving Sentence  [ ] Awaiting Trial
[X] On Pretrial Release:  Ordered by __Judge Collings_____  on __October 21, 2004__

**Charging Document:**  [ ] Complaint   [ ] Information   [X] Indictment

**Total # of Counts:**  [ ] Petty _____  [ ] Misdemeanor _____  [X] Felony  _1_____

**Continue on Page 2 for Entry of U.S.C. Citations**

[X]    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

Date:  **APRIL 13, 2005**        Signature of AUSA: _Denise Jefferson Casper_

JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    EDWIN TORREZ** _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                              **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** _I_____   **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster____   **Related Case Information:**

**County** _MIDDLESEX/WORCESTER___   Superseding Ind./ Inf. __X_____   Case No. ___04-10336-NMG____
                                                         Same Defendant _____   New Defendant _____
                                                         Magistrate Judge Case Number ____2004-M-00500-RBC_____
                                                         Search Warrant Case Number _____
                                                         R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _JOSE RODRIGUEZ_____   Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address _261 AIKEN ST 2ND FL. LOWELL, MA_____

Birth date (Year only): _1962_ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** _Valerie S. Carter, Esq._____   **Address:** _530 Atlantic Avenue_____
**Bar Number:** _____                        _Boston, MA 02108_____

**U.S. Attorney Information:**

AUSA _DENISE JEFFERSON CASPER_____   Bar Number if applicable _568116_____

**Interpreter:**   ☒ Yes ☐ No        List language and/or dialect:        _SPANISH_____

**Matter to be SEALED:**   ☐ Yes   ☒ No

       ☐ **Warrant Requested**           ☐ **Regular Process**           ☒ **In Custody**

**Location Status:**

**Arrest Date:** _____October 15, 2004_____

☒ Already in Federal Custody as _October 15, 2004_____ in _Plymouth House of Correction_____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   _1_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒       I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
         accurately set forth above.

**Date:** APRIL 13, 2005        Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** **(To be filled in by deputy clerk):** _____

**Name of Defendant** **JOSE RODRIGUEZ** _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** _I_____  **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster_    **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_
Superseding Ind./ Inf. _X_____   Case No. ___04-10336-NMG___
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____2004-M-00500-RBC_____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _ZULEIMA REYES_____   Juvenile  ☐ Yes  ☒ No

Alias Name _LINDA_____

Address _10 CONLON TERRACE, LOWELL, MA_____

Birth date (Year only): _1979_ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** _John D. Hodges, Esq._____  **Address:** _1360 Main Street_____
_Tewksbury, MA 01876_

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____  Bar Number if applicable _568116_____

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _October 15, 2004_____

☐ **Already in Federal Custody as** _____ in _____.
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:** Ordered by _Judge Collings_ on _November 15, 2004_

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony _5_

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** **APRIL 13, 2005**    **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ZULEIMA REYES _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | 21 USC § 841(a)(1) | Possession w/intent to distribute heroin | 3,4,5,6 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** _1_____  **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster_  **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_  Superseding Ind./ Inf. _X_____  Case No. _04-10336-NMG_
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _2004-M-00500-RBC_____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _SANTIAGO ARROYO_____  Juvenile ☐ Yes  ☒ No

Alias Name _____

Address _4 MURRAY COURT, APT 61, NASHUA, NEW HAMPSHIRE_____

Birth date (Year only): _1983_ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____  **Bar Number if applicable** _568116_____

**Interpreter:** ☒ Yes ☐ No  **List language and/or dialect:** _SPANISH_____

**Matter to be SEALED:** ☐ Yes ☒ No

☒ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: **Ordered by** _____ **on** _____

**Charging Document:** ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony _2_____

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **APRIL 13, 2005**  Signature of AUSA: _Denise Jefferson Casper_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    SANTIAGO ARROYO

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2   21 USC § 841(a)(1) | Possession w/intent to distribute heroin | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

✎JS 45  (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** I_____    **Investigating Agency** DEA_____

**City** Lowell/Fitchburg/Leominster    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf.    X_____    Case No.    04-10336-NMG
                                                     Same Defendant _____    New Defendant _____
                                                     Magistrate Judge Case Number    2004-M-00509-RBC_____
                                                     Search Warrant Case Number _____
                                                     R 20/R 40 from District of    Eastern District of New York_____

**Defendant Information:**

Defendant Name  JUAN NUNEZ_____                    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex M Race: _____ Nationality: _____

**Defense Counsel if known:**    Roger Witkins, Esq._____    Address: 6 Beacon Street, Suite 1010_____
                                                                          Boston, MA 02108_____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** DENISE JEFFERSON CASPER_____    Bar Number if applicable    568116_____

**Interpreter:**    ☒ Yes  ☐ No    List language and/or dialect:    SPANISH_____

**Matter to be SEALED:**    ☐ Yes    ☒ No

        ☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:**    October 15, 2004_____

☒ **Already in Federal Custody as**  October 15, 2004_____  in  **Plymouth House of Correction**_____ .
☐ **Already in State Custody** _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ **On Pretrial Release:**    Ordered by _____  on  _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony   1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:**  APRIL 13, 2005    **Signature of AUSA:**  Denise Jefferson Casper

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    JUAN NUNEZ _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute Heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**