AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

v.

Julio Santiago et al.

**WARRANT FOR ARREST**

CASE NUMBER: 04 CR 10336 NMG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   SANTIAGO ARROYO
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute heroin and possession with intent to distribute heroin

in violation of
Title ___ United States Code, Section(s) 846, 841(a)(1)

_Thomas H. Gawlik_
Name of Issuing Officer

_Supervisor_
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

11-18-04  Boston
Date and Location

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2004 NOV 12 A 10:06

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2004 NOV 12 A 10:12

Bail fixed at $ _____ by _____
                                     Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| WARRANT EXECUTED BY USMS Tampa FL BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 6/1/05 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH (4 digit year): _____

SOCIAL SECURITY NUMBER (last 4 digits only): _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____