✎AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

FOR THE     DISTRICT OF     MASSACHUSETTS

UNITED STATES OF AMERICA

V.

**SANTIAGO ARROYO**
c/o COOLIDGE HOUSE
307 HUNTINGTON AVE
BOSTON, MA 02115
(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: 2004-CR-10336-NMG

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Rooms |
|---|---|
| UNITED STATES DISTRICT COURT, 1 Courthouse Way, Boston, MA Courtroom 23, 7th Floor. **REPORT TO PRETRIAL SERVICES FIRST.** | PRETRIAL SERVICES - Rm. 1300 COURTROOOM 23, 7th Floor. |
| Before: MAGISTRATE JUDGE ROBERT B. COLLINGS | Date and Time 8/10/2005 @ 11:00 A.M. |

To answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    X Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense: VIOLATION OF CONDITIONS OF RELEASE SET BY JUDGE COLLINGS ON 6/30/2005

***** DEFENDANT SHALL REPORT TO PRETRIAL SERVICES PRIOR TO THE HEARING, (ROOM 1300). THE DEFENDANT SHALL ALSO REPORT TO THE UNITED STATES MARSHAL FOR PROCESSING PRIOR TO THE HEARING, IF THE DEFENDANT HAS NOT ALREADY DONE SO.

NOREEN A. RUSSO, DEPUTY CLERK         /s/ Noreen A. Russo

Name and Title of Issuing Officer         Signature of Issuing Officer

8/5/2005
Date