# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                              CRIMINAL NO. 2004-10336-NMG-11

SANTIAGO ARROYO,
        Defendant.

## REPORT AFTER INITIAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(A)

COLLINGS, U.S.M.J.

An Initial Status Conference was held on September 6, 2005; counsel for the defendant was present.

The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1)     The time is extended to September 26, 2005.

(2)     The Government shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for defendant *not less than forty-five (45) working days before trial;* the defendant shall comply with his reciprocal obligations

    respecting discovery of experts pursuant to Rule 16 (b)(1)(C), Fed. R. Crim. P., *not less than twenty-one (21) working days before trial.*

(3)    No.

(4)    No non-discovery type motions will be filed.

(5)    Because of the pendency of other defendants' motions, all the time since the defendant's initial appearance on June 29, 2005 is excludable as to defendant Arroyo.

(6)    It is unknown whether a trial will be necessary; it would take about three (3) weeks.

(7)    The Final Status Conference is set for *Monday, October 17, 2005 at 12:30 P.M.*

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1)    *See* ¶¶ (1)-(4), *supra*.

(2)    It does not.

(3)    None.

(4)    *See* Order of Excludable Delay entered this date.

(5)    Not applicable.

                                              */s/ Robert B. Collings*
                                              ROBERT B. COLLINGS
                                              United States Magistrate Judge

September 6, 2005.