UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.  CR. NO. 04-CR-10336-NMG

SANTIAGO ARROYO

MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

Defendant Santiago Arroyo, by his attorney, moves that this Court modify his conditions of pretrial release to permit him to have Thanksgiving dinner at his mothers home at 197 Hildarith Street, Lowell, MA on November 24, 2005 between the hours of 1 and 8 p.m.

SANTIAGO ARROYO
By his attorney,

/s/ Elliot M. Weinstein
Elliot M. Weinstein
BBO #520400
228 Lewis Wharf
Boston, MA 02110
617-367-9334

November 22, 2005