UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                              CR. NO. 04-CR-10336-NMG

SANTIAGO ARROYO

MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

Defendant Santiago Arroyo, by his attorney, moves that this Court modify his conditions of pretrial release to permit him to celebrate Christmas with his family; and further to celebrate his wedding on December 31, 2005.

Defendant's conditions of release require him to reside at Coolidge House. By this motion, defendant seeks permission to be away from Coolidge House from 9 p.m. on December 24, 2005 to 9 p.m. on December 25, 2005; and again from 9 a.m. on December 31, 2005 to 9 p.m. on January 1, 2006. Defendant will inform his pretrial services officer of the address where he will be during times he is away from Coolidge House.

Pretrial Services Office David Picozzi has been consulted and does not oppose this motion.

                                                                SANTIAGO ARROYO
                                                                By his attorney,


                                                                /s/ Elliot M. Weinstein
                                                                Elliot M. Weinstein
                                                                BBO #520400
                                                                228 Lewis Wharf
                                                                Boston, MA 02110
                                                                617-367-9334

December 21, 2005