UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                                CR. NO. 04-CR-10336-NMG

SANTIAGO ARROYO

MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

Defendant Santiago Arroyo, by his attorney, moves that this Court modify his conditions of pretrial release to permit him to attend his sister's baptism and stay overnight with his mother and family in Lowell, Massachusetts.

Defendant's conditions of release require him to reside at Coolidge House. Defendant seeks permission to be away from Coolidge House from 9 a.m., January 7, 2006 until 9 p.m., January 8, 2006. Defendant will stay with his mother at 197 Hildreth Street, Lowell.

Pretrial Services Office David Picozzi has been consulted and does not oppose this motion. AUSA Bloomer has been consulted and takes no position on this motion.

                              SANTIAGO ARROYO
                              By his attorney,

                              /s/ Elliot M. Weinstein
                              Elliot M. Weinstein
                              BBO #520400
                              228 Lewis Wharf
                              Boston, MA 02110
                              617-367-9334

January 4, 2006